Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 3

| Phoenix Metal Co., Ltd. | |
|---|---|
| **Plaintiff,** v. | **SUMMONS** <br> CIT 23-00048 |
| **UNITED STATES,** **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Phoenix Metal Co., Ltd., importer of record of covered merchandise and party to EAPA investigation, 19 U.S.C. 1517
   (Name and standing of plaintiff)

2. EAPA Case No. 7621 re: Cast Iron Soil Pipe From China
   CBP Notice of Determination as to Evasion (Sept. 6, 2022) and CBP
   Determination pursuant to administrative review (Jan. 18, 2023)
   (Brief description of contested determination)

3. September 6, 2022 and January 18, 2023
   (Date of determination)

4. Unpublished
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Gregory S. Menegaz
Signature of Plaintiff's Attorney

March 2, 2023
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Gregory S. Menegaz
deKieffer & Horgan, PLLC
1156 15th Street, N.W. Ste 1101
Washington, D.C. 20005
202-783-6900

**SEE REVERSE SIDE**