## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PHOENIX METAL CO., LTD.,<br><br>    Plaintiff,<br> v.<br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>CAST IRON SOIL PIPE INSTITUTE,<br><br>    Defendant-Intervenor. | **Court No.** 23-00048 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Gary S. Katzmann, is hereby reassigned to the Honorable Jane A. Restani.

Dated at New York, New York, this 21st day of March, 2024

                /s/ Mark A. Barnett
                Mark A. Barnett
                Chief Judge