**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**   Form 1   March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 23-00048

Case title being appealed: Phoenix Metal Co., Ltd. v. United States

Date of final judgment or order being appealed: 06/10/2024

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Phoenix Metal Co., Ltd.

Date: 08/09/2024

Signature: /s/ Gregory S. Menegaz

Name: Gregory S. Menegaz

Address: 1156 Fifteenth Street NW

Suite 1101

Washington, DC 20005

Phone Number: 202-783-6900

Email Address: gmenegaz@dhlaw.com